



Wells Fargo Bank, N. A.   550 S 4th Street Minneapolis, MN 55415
Alexis Martinez   3326 Jasper Street Philadelphia, PA 19134

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alexis Martinez | Wells Fargo Bank, N. A. | | 06/15/2025 | 06/28/2025 | 07/03/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 37.17 | 946.85 | 113.38 | 202.33 | 0.45 | 630.69 |
| YTD | 514.73 | 13,953.07 | 1,629.09 | 3,061.44 | 6.30 | 9,256.24 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay - Hourl | 06/15/2025 - 06/28/2025 | 37.16666 | 23 | 854.85 | 514.733331 | 11,839.07 |
| PTO | | 0 | | | 24 | 552.00 |
| Holiday | 06/15/2025 - 06/28/2025 | 4 | 23 | 92.00 | 24 | 552.00 |
| Nonroutine Event | | 0 | | | 12 | 276.00 |
| Paid Sick Time | | 0 | | | 8 | 184.00 |
| Award | | 0 | | | 0 | 550.00 |
| Earnings | | | | 946.85 | | 13,953.07 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 55.20 | 816.00 |
| Medicare | 12.91 | 190.84 |
| Federal Withholding | 70.81 | 1,098.89 |
| State Tax - PA | 27.33 | 404.05 |
| SUI-Employee Paid - PA | 0.67 | 9.77 |
| City Tax - PHILA | 35.41 | 541.89 |
| Employee Taxes | 202.33 | 3,061.44 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Premium (Pre Tax) | 12.12 | 169.68 |
| Vision Premium (Pre Tax) | 2.34 | 32.76 |
| WF 401(k) (Pre Tax) | 56.82 | 837.25 |
| HSA (Pre Tax) | 1.00 | 14.00 |
| Medical Premium (Pre Tax) | 41.10 | 575.40 |
| Pre Tax Deductions | 113.38 | 1,629.09 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D (Post Tax) | 0.45 | 6.30 |
| Post Tax Deductions | 0.45 | 6.30 |

### Employer Paid Benefits + Differentials Included in Pay

| Description | Amount | YTD |
|---|---|---|
| Dental Premium (ER) NT | 9.30 | 130.20 |
| Vision Premium (ER) NT | 1.14 | 15.96 |
| Basic Critical Ins | 0.75 | 10.50 |
| Basic Term Life | 1.07 | 14.98 |
| Basic Long Term Disability | 1.96 | 27.44 |
| HSA Employer Contrib | | 500.00 |
| Health and Wellness Dollars | | 350.00 |
| Medical Premium (ER) NT | 302.88 | 4,240.32 |
| Employer Paid Benefits + Differentials Included in Pay | 317.10 | 5,289.40 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 890.29 | 13,161.23 |
| Medicare - Taxable Wages | 890.29 | 13,161.23 |
| Federal Withholding - Taxable Wages | 833.47 | 12,323.98 |
| State Tax Taxable Wages - PA | 890.29 | 13,161.23 |
| City Tax Taxable Wages - PHILA | 946.85 | 14,453.07 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******2148 | | 630.69  USD |



Wells Fargo Bank, N. A.   550 S 4th Street Minneapolis, MN 55415
Alexis Martinez   3326 Jasper Street Philadelphia, PA 19134

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alexis Martinez | Wells Fargo Bank, N. A. |  | 06/01/2025 | 06/14/2025 | 06/20/2025 |  |

|  | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 32.45 | 838.37 | 106.87 | 174.41 | 0.45 | 556.64 |
| YTD | 477.57 | 13,006.22 | 1,515.71 | 2,859.11 | 5.85 | 8,625.55 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay - Hourl | 06/01/2025 - 06/14/2025 | 32.44999 | 23 | 746.37 | 477.566664 | 10,984.22 |
| PTO | 06/01/2025 - 06/07/2025 | 4 | 23 | 92.00 | 24 | 552.00 |
| Holiday |  | 0 |  |  | 20 | 460.00 |
| Nonroutine Event |  | 0 |  |  | 12 | 276.00 |
| Paid Sick Time |  | 0 |  |  | 8 | 184.00 |
| Award |  | 0 |  |  | 0 | 550.00 |
| Earnings |  |  |  | 838.37 |  | 13,006.22 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 48.47 | 760.80 |
| Medicare | 11.34 | 177.93 |
| Federal Withholding | 58.58 | 1,028.08 |
| State Tax - PA | 24.00 | 376.72 |
| SUI-Employee Paid - PA | 0.58 | 9.10 |
| City Tax - PHILA | 31.44 | 506.48 |
| Employee Taxes | 174.41 | 2,859.11 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Premium (Pre Tax) | 12.12 | 157.56 |
| Vision Premium (Pre Tax) | 2.34 | 30.42 |
| WF 401(k) (Pre Tax) | 50.31 | 780.43 |
| HSA (Pre Tax) | 1.00 | 13.00 |
| Medical Premium (Pre Tax) | 41.10 | 534.30 |
| Pre Tax Deductions | 106.87 | 1,515.71 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D (Post Tax) | 0.45 | 5.85 |
| Post Tax Deductions | 0.45 | 5.85 |

### Employer Paid Benefits + Differentials Included in Pay

| Description | Amount | YTD |
|---|---|---|
| Dental Premium (ER) NT | 9.30 | 120.90 |
| Vision Premium (ER) NT | 1.14 | 14.82 |
| Basic Critical Ins | 0.75 | 9.75 |
| Basic Term Life | 1.07 | 13.91 |
| Basic Long Term Disability | 1.96 | 25.48 |
| HSA Employer Contrib |  | 500.00 |
| Health and Wellness Dollars | 350.00 | 350.00 |
| Medical Premium (ER) NT | 302.88 | 3,937.44 |
| Employer Paid Benefits + Differentials Included in Pay | 667.10 | 4,972.30 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 781.81 | 12,270.94 |
| Medicare - Taxable Wages | 781.81 | 12,270.94 |
| Federal Withholding - Taxable Wages | 731.50 | 11,490.51 |
| State Tax Taxable Wages - PA | 781.81 | 12,270.94 |
| City Tax Taxable Wages - PHILA | 838.37 | 13,506.22 |

|  | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately |  |
| Allowances | 0 | 0 |
| Additional Withholding | 10 |  |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******2148 |  | 556.64   USD |



Wells Fargo Bank, N. A.   550 S 4th Street Minneapolis, MN 55415
Alexis Martinez   3326 Jasper Street Philadelphia, PA 19134

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alexis Martinez | Wells Fargo Bank, N. A. | | 05/18/2025 | 05/31/2025 | 06/06/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 37.25 | 948.76 | 113.49 | 202.92 | 0.45 | 631.90 |
| YTD | 445.12 | 12,167.85 | 1,408.84 | 2,684.70 | 5.40 | 8,068.91 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular Pay - Hourl | 05/18/2025 - 05/31/2025 | 37.25 | 23 | 856.76 | 445.1166 | 10,237.85 | OASDI | 55.32 | 712.33 |
| PTO | | | 0 | | 20 | 460.00 | Medicare | 12.93 | 166.59 |
| Holiday | 05/18/2025 - 05/31/2025 | 4 | 23 | 92.00 | 20 | 460.00 | Federal Withholding | 71.03 | 969.50 |
| Nonroutine Event | | | 0 | | 12 | 276.00 | State Tax - PA | 27.39 | 352.72 |
| Paid Sick Time | | | 0 | | 8 | 184.00 | SUI-Employee Paid - PA | 0.67 | 8.52 |
| Award | | | 0 | | 0 | 550.00 | City Tax - PHILA | 35.58 | 475.04 |
| Earnings | | | | 948.76 | | 12,167.85 | Employee Taxes | 202.92 | 2,684.70 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Premium (Pre Tax) | 12.12 | 145.44 | AD&D (Post Tax) | 0.45 | 5.40 |
| Vision Premium (Pre Tax) | 2.34 | 28.08 | | | |
| WF 401(k) (Pre Tax) | 56.93 | 730.12 | | | |
| HSA (Pre Tax) | 1.00 | 12.00 | | | |
| Medical Premium (Pre Tax) | 41.10 | 493.20 | | | |
| Pre Tax Deductions | 113.49 | 1,408.84 | Post Tax Deductions | 0.45 | 5.40 |

| Employer Paid Benefits + Differentials Included in Pay | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Premium (ER) NT | 9.30 | 111.60 | OASDI - Taxable Wages | 892.20 | 11,489.13 |
| Vision Premium (ER) NT | 1.14 | 13.68 | Medicare - Taxable Wages | 892.20 | 11,489.13 |
| Basic Critical Ins | 0.75 | 9.00 | Federal Withholding - Taxable Wages | 835.27 | 10,759.01 |
| Basic Term Life | 1.07 | 12.84 | State Tax Taxable Wages - PA | 892.20 | 11,489.13 |
| Basic Long Term Disability | 1.96 | 23.52 | City Tax Taxable Wages - PHILA | 948.76 | 12,667.85 |
| HSA Employer Contrib | | 500.00 | | | |
| Medical Premium (ER) NT | 302.88 | 3,634.56 | | | |
| Employer Paid Benefits + Differentials Included in Pay | 317.10 | 4,305.20 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Wells Fargo | Wells Fargo | ******2148 | | 631.90   USD |



Wawa Inc. (210515330)    260 West Baltimore Pike Wawa, PA 19063    +1 (610) 358-8000
Alexis Martinez    3326 Jasper Street Philadelphia, PA 19134

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alexis Martinez | Wawa Inc. (210515330) | | 07/07/2025 | 07/13/2025 | 07/18/2025 | |

| | Gross Pay | Other Earnings and Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 302.84 | 0.00 | 73.56 | 18.67 | 210.61 |
| YTD | 7,871.85 | 0.00 | 1,928.62 | 408.42 | 5,534.81 |

### Gross Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday CSA | | | 0 | | 22.32 | 590.44 |
| Holiday CSA 3rd | | | 0 | | 1 | 28.92 |
| Paid Time Off | | | 0 | | 37.9 | 673.87 |
| Predictability Pay (6 | | | 0 | | 1 | 17.78 |
| Regular CSA | 07/07/2025 - 07/13/2025 | 17 | 17.78 | 302.26 | 364.55 | 6,479.71 |
| Regular CSA 3rd | 07/07/2025 - 07/13/2025 | 0.03 | 19.28 | 0.58 | 0.12 | 2.32 |
| Reward (Gross-up) | | | 0 | | 0 | 78.81 |
| Gross Earnings | | | | 302.84 | | 7,871.85 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security Tax | 18.77 | 488.05 |
| Medicare | 4.39 | 114.14 |
| Federal Withholding | 29.56 | 784.17 |
| State Tax - PA | 9.30 | 241.66 |
| SUI-Employee Paid - PA | 0.21 | 5.51 |
| Local EIT Tax | 11.33 | 295.09 |
| Employee Taxes | 73.56 | 1,928.62 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 18.17 | 393.92 |
| Wawa AIN | 0.50 | 14.50 |
| Deductions | 18.67 | 408.42 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 12.11 | 310.99 |
| Employer Paid Benefits | 12.11 | 310.99 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 302.84 | 7,871.85 |
| Medicare - Taxable Wages | 302.84 | 7,871.85 |
| Federal Withholding - Taxable Wages | 284.67 | 7,477.93 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 15 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 0.98 | 0 | 6.33 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******4311 | ******4311 | | 210.61  USD |



Wawa Inc. (210515330)    260 West Baltimore Pike Wawa, PA 19063    +1 (610) 358-8000
Alexis Martinez    3326 Jasper Street Philadelphia, PA 19134

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alexis Martinez | Wawa Inc. (210515330) | | 06/30/2025 | 07/06/2025 | 07/11/2025 | |

| | Gross Pay | Other Earnings and Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 213.36 | 0.00 | 51.63 | 13.30 | 148.43 |
| YTD | 7,569.01 | 0.00 | 1,855.06 | 389.75 | 5,324.20 |

### Gross Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday CSA | | | 0 | | 22.32 | 590.44 |
| Holiday CSA 3rd | | | 0 | | 1 | 28.92 |
| Paid Time Off | | | 0 | | 37.9 | 673.87 |
| Predictability Pay (6 | | | 0 | | 1 | 17.78 |
| Regular CSA | 06/30/2025 - 07/06/2025 | 12 | 17.78 | 213.36 | 347.55 | 6,177.45 |
| Regular CSA 3rd | | | 0 | | 0.09 | 1.74 |
| Reward (Gross-up) | | | 0 | | 0 | 78.81 |
| Gross Earnings | | | | 213.36 | | 7,569.01 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security Tax | 13.23 | 469.28 |
| Medicare | 3.09 | 109.75 |
| Federal Withholding | 20.63 | 754.61 |
| State Tax - PA | 6.55 | 232.36 |
| SUI-Employee Paid - PA | 0.15 | 5.30 |
| Local EIT Tax | 7.98 | 283.76 |
| Employee Taxes | 51.63 | 1,855.06 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 12.80 | 375.75 |
| Wawa AIN | 0.50 | 14.00 |
| Deductions | 13.30 | 389.75 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 8.53 | 298.88 |
| Employer Paid Benefits | 8.53 | 298.88 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 213.36 | 7,569.01 |
| Medicare - Taxable Wages | 213.36 | 7,569.01 |
| Federal Withholding - Taxable Wages | 200.56 | 7,193.26 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 15 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 0.69 | 0 | 5.35 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******4311 | ******4311 | | 148.43 | USD |



Wawa Inc. (210515330)    260 West Baltimore Pike Wawa, PA 19063    +1 (610) 358-8000
Alexis Martinez    3326 Jasper Street Philadelphia, PA 19134

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alexis Martinez | Wawa Inc. (210515330) | | 06/23/2025 | 06/29/2025 | 07/03/2025 | |

| | Gross Pay | Other Earnings and Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 302.80 | 0.00 | 73.91 | 15.64 | 213.25 |
| YTD | 7,355.65 | 0.00 | 1,803.43 | 376.45 | 5,175.77 |

### Gross Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday CSA | | | 0 | | 22.32 | 590.44 |
| Holiday CSA 3rd | | | 0 | | 1 | 28.92 |
| Paid Time Off | | | 0 | | 37.9 | 673.87 |
| Predictability Pay (6 | | | 0 | | 1 | 17.78 |
| Regular CSA | 06/23/2025 - 06/29/2025 | 17.03 | 17.78 | 302.80 | 335.55 | 5,964.09 |
| Regular CSA 3rd | | | 0 | | 0.09 | 1.74 |
| Reward (Gross-up) | | | 0 | | 0 | 78.81 |
| Gross Earnings | | | | 302.80 | | 7,355.65 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security Tax | 18.77 | 456.05 |
| Medicare | 4.39 | 106.66 |
| Federal Withholding | 29.92 | 733.98 |
| State Tax - PA | 9.30 | 225.81 |
| SUI-Employee Paid - PA | 0.21 | 5.15 |
| Local EIT Tax | 11.32 | 275.78 |
| Employee Taxes | 73.91 | 1,803.43 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 15.14 | 362.95 |
| Wawa AIN | 0.50 | 13.50 |
| Deductions | 15.64 | 376.45 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 12.11 | 290.35 |
| Employer Paid Benefits | 12.11 | 290.35 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 302.80 | 7,355.65 |
| Medicare - Taxable Wages | 302.80 | 7,355.65 |
| Federal Withholding - Taxable Wages | 287.66 | 6,992.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 15 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 0.98 | 0 | 4.66 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******4311 | ******4311 | | 213.25 | USD |



Wawa Inc. (210515330)    260 West Baltimore Pike Wawa, PA 19063    +1 (610) 358-8000
Alexis Martinez    3326 Jasper Street Philadelphia, PA 19134

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alexis Martinez | Wawa Inc. (210515330) | | 06/16/2025 | 06/22/2025 | 06/27/2025 | |

| | Gross Pay | Other Earnings and Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 142.78 | 0.00 | 35.76 | 7.64 | 99.38 |
| YTD | 7,052.85 | 0.00 | 1,729.52 | 360.81 | 4,962.52 |

### Gross Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday CSA | | | 0 | | 22.32 | 590.44 |
| Holiday CSA 3rd | | | 0 | | 1 | 28.92 |
| Paid Time Off | | | 0 | | 37.9 | 673.87 |
| Predictability Pay (6 | | | 0 | | 1 | 17.78 |
| Regular CSA | 06/16/2025 - 06/22/2025 | 8.03 | 17.78 | 142.78 | 318.52 | 5,661.29 |
| Regular CSA 3rd | | | 0 | | 0.09 | 1.74 |
| Reward (Gross-up) | | | 0 | | 0 | 78.81 |
| Gross Earnings | | | | 142.78 | | 7,052.85 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security Tax | 8.86 | 437.28 |
| Medicare | 2.07 | 102.27 |
| Federal Withholding | 15.00 | 704.06 |
| State Tax - PA | 4.38 | 216.51 |
| SUI-Employee Paid - PA | 0.10 | 4.94 |
| Local EIT Tax | 5.35 | 264.46 |
| Employee Taxes | 35.76 | 1,729.52 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 7.14 | 347.81 |
| Wawa AIN | 0.50 | 13.00 |
| Deductions | 7.64 | 360.81 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 5.71 | 278.24 |
| Employer Paid Benefits | 5.71 | 278.24 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 142.78 | 7,052.85 |
| Medicare - Taxable Wages | 142.78 | 7,052.85 |
| Federal Withholding - Taxable Wages | 135.64 | 6,705.04 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 15 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 0.46 | 0 | 3.68 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******4311 | ******4311 | | 99.38 | USD |



Wawa Inc. (210515330)   260 West Baltimore Pike Wawa, PA 19063   +1 (610) 358-8000
Alexis Martinez   3326 Jasper Street Philadelphia, PA 19134

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alexis Martinez | Wawa Inc. (210515330) | | 06/09/2025 | 06/15/2025 | 06/20/2025 | |

| | Gross Pay | Other Earnings and Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 213.72 | 0.00 | 51.95 | 11.19 | 150.58 |
| YTD | 6,910.07 | 0.00 | 1,693.76 | 353.17 | 4,863.14 |

### Gross Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday CSA | | | 0 | | 22.32 | 590.44 |
| Holiday CSA 3rd | | | 0 | | 1 | 28.92 |
| Paid Time Off | | | 0 | | 37.9 | 673.87 |
| Predictability Pay (6 | | | 0 | | 1 | 17.78 |
| Regular CSA | 06/09/2025 - 06/15/2025 | 12.02 | 17.78 | 213.72 | 310.49 | 5,518.51 |
| Regular CSA 3rd | | | 0 | | 0.09 | 1.74 |
| Reward (Gross-up) | | | 0 | | 0 | 78.81 |
| Gross Earnings | | | | 213.72 | | 6,910.07 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security Tax | 13.25 | 428.42 |
| Medicare | 3.10 | 100.20 |
| Federal Withholding | 20.88 | 689.06 |
| State Tax - PA | 6.56 | 212.13 |
| SUI-Employee Paid - PA | 0.15 | 4.84 |
| Local EIT Tax | 8.01 | 259.11 |
| Employee Taxes | 51.95 | 1,693.76 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 10.69 | 340.67 |
| Wawa AIN | 0.50 | 12.50 |
| Deductions | 11.19 | 353.17 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 8.55 | 272.53 |
| Employer Paid Benefits | 8.55 | 272.53 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 213.72 | 6,910.07 |
| Medicare - Taxable Wages | 213.72 | 6,910.07 |
| Federal Withholding - Taxable Wages | 203.03 | 6,569.40 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 15 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 0.69 | 0 | 3.22 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******4311 | ******4311 | | 150.58 | USD |



Wawa Inc. (210515330)   260 West Baltimore Pike Wawa, PA 19063   +1 (610) 358-8000
Alexis Martinez   3326 Jasper Street Philadelphia, PA 19134

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alexis Martinez | Wawa Inc. (210515330) | | 06/02/2025 | 06/08/2025 | 06/13/2025 | |

| | Gross Pay | Other Earnings and Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 213.36 | 0.00 | 51.87 | 11.17 | 150.32 |
| YTD | 6,696.35 | 0.00 | 1,641.81 | 341.98 | 4,712.56 |

### Gross Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday CSA | | | 0 | | 22.32 | 590.44 |
| Holiday CSA 3rd | | | 0 | | 1 | 28.92 |
| Paid Time Off | | | 0 | | 37.9 | 673.87 |
| Predictability Pay (6 | | | 0 | | 1 | 17.78 |
| Regular CSA | 06/02/2025 - 06/08/2025 | 12 | 17.78 | 213.36 | 298.47 | 5,304.79 |
| Regular CSA 3rd | | | 0 | | 0.09 | 1.74 |
| Reward (Gross-up) | | | 0 | | 0 | 78.81 |
| Gross Earnings | | | | 213.36 | | 6,696.35 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security Tax | 13.22 | 415.17 |
| Medicare | 3.10 | 97.10 |
| Federal Withholding | 20.85 | 668.18 |
| State Tax - PA | 6.55 | 205.57 |
| SUI-Employee Paid - PA | 0.15 | 4.69 |
| Local EIT Tax | 8.00 | 251.10 |
| Employee Taxes | 51.87 | 1,641.81 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 10.67 | 329.98 |
| Wawa AIN | 0.50 | 12.00 |
| Deductions | 11.17 | 341.98 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 8.53 | 263.98 |
| Employer Paid Benefits | 8.53 | 263.98 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 213.36 | 6,696.35 |
| Medicare - Taxable Wages | 213.36 | 6,696.35 |
| Federal Withholding - Taxable Wages | 202.69 | 6,366.37 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 15 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 0.69 | 0 | 2.53 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******4311 | ******4311 | | 150.32 | USD |



Wawa Inc. (210515330)    260 West Baltimore Pike Wawa, PA 19063    +1 (610) 358-8000
Alexis Martinez    3326 Jasper Street Philadelphia, PA 19134

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alexis Martinez | Wawa Inc. (210515330) |  | 05/26/2025 | 06/01/2025 | 06/06/2025 | |

| | Gross Pay | Other Earnings and Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 312.49 | 0.00 | 76.46 | 16.12 | 219.91 |
| YTD | 6,482.99 | 0.00 | 1,589.94 | 330.81 | 4,562.24 |

### Gross Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday CSA | 05/26/2025 - 06/01/2025 | 5.05 | 17.78 | 134.69 | 22.32 | 590.44 |
| Holiday CSA 3rd | | | 0 | | 1 | 28.92 |
| Paid Time Off | | | 0 | | 37.9 | 673.87 |
| Predictability Pay (6 | | | 0 | | 1 | 17.78 |
| Regular CSA | 05/26/2025 - 06/01/2025 | 10 | 17.78 | 177.80 | 286.47 | 5,091.43 |
| Regular CSA 3rd | | | 0 | | 0.09 | 1.74 |
| Reward (Gross-up) | | | 0 | | 0 | 78.81 |
| Gross Earnings | | | | 312.49 | | 6,482.99 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security Tax | 19.38 | 401.95 |
| Medicare | 4.53 | 94.00 |
| Federal Withholding | 31.02 | 647.33 |
| State Tax - PA | 9.59 | 199.02 |
| SUI-Employee Paid - PA | 0.22 | 4.54 |
| Local EIT Tax | 11.72 | 243.10 |
| Employee Taxes | 76.46 | 1,589.94 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 15.62 | 319.31 |
| Wawa AIN | 0.50 | 11.50 |
| Deductions | 16.12 | 330.81 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 12.50 | 255.45 |
| Employer Paid Benefits | 12.50 | 255.45 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 312.49 | 6,482.99 |
| Medicare - Taxable Wages | 312.49 | 6,482.99 |
| Federal Withholding - Taxable Wages | 296.87 | 6,163.68 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 15 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 0.87 | 0 | 1.84 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******4311 | ******4311 | | 219.91 | USD |



Wawa Inc. (210515330)    260 West Baltimore Pike Wawa, PA 19063    +1 (610) 358-8000
Alexis Martinez    3326 Jasper Street Philadelphia, PA 19134

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alexis Martinez | Wawa Inc. (210515330) | | 05/19/2025 | 05/25/2025 | 05/30/2025 | |

| | Gross Pay | Other Earnings and Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 265.46 | 0.00 | 64.40 | 13.77 | 187.29 |
| YTD | 6,170.50 | 0.00 | 1,513.48 | 314.69 | 4,342.33 |

### Gross Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday CSA | | | 0 | | 17.27 | 455.75 |
| Holiday CSA 3rd | | | 0 | | 1 | 28.92 |
| Paid Time Off | 05/19/2025 - 05/25/2025 | 8 | 17.78 | 142.24 | 37.9 | 673.87 |
| Predictability Pay (6 | | | 0 | | 1 | 17.78 |
| Regular CSA | 05/19/2025 - 05/25/2025 | 6.93 | 17.78 | 123.22 | 276.47 | 4,913.63 |
| Regular CSA 3rd | | | 0 | | 0.09 | 1.74 |
| Reward (Gross-up) | | | 0 | | 0 | 78.81 |
| Gross Earnings | | | | 265.46 | | 6,170.50 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security Tax | 16.46 | 382.57 |
| Medicare | 3.85 | 89.47 |
| Federal Withholding | 25.80 | 616.31 |
| State Tax - PA | 8.15 | 189.43 |
| SUI-Employee Paid - PA | 0.19 | 4.32 |
| Local EIT Tax | 9.95 | 231.38 |
| Employee Taxes | 64.40 | 1,513.48 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 13.27 | 303.69 |
| Wawa AIN | 0.50 | 11.00 |
| Deductions | 13.77 | 314.69 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 10.62 | 242.95 |
| Employer Paid Benefits | 10.62 | 242.95 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 265.46 | 6,170.50 |
| Medicare - Taxable Wages | 265.46 | 6,170.50 |
| Federal Withholding - Taxable Wages | 252.19 | 5,866.81 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 15 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 0.86 | 8 | 0.97 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******4311 | ******4311 | | 187.29 | USD |



Wawa Inc. (210515330)  260 West Baltimore Pike Wawa, PA 19063  +1 (610) 358-8000
Alexis Martinez  3326 Jasper Street Philadelphia, PA 19134

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alexis Martinez | Wawa Inc. (210515330) | | 05/12/2025 | 05/18/2025 | 05/23/2025 | |

| | Gross Pay | Other Earnings and Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 195.94 | 0.00 | 47.77 | 9.41 | 138.76 |
| YTD | 5,905.04 | 0.00 | 1,449.08 | 300.92 | 4,155.04 |

### Gross Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday CSA | | | 0 | | 17.27 | 455.75 |
| Holiday CSA 3rd | | | 0 | | 1 | 28.92 |
| Paid Time Off | | | 0 | | 29.9 | 531.63 |
| Predictability Pay (6 | 05/12/2025 - 05/18/2025 | 1 | 17.78 | 17.78 | 1 | 17.78 |
| Regular CSA | 05/12/2025 - 05/18/2025 | 10.02 | 17.78 | 178.16 | 269.54 | 4,790.41 |
| Regular CSA 3rd | | | 0 | | 0.09 | 1.74 |
| Reward (Gross-up) | | | 0 | | 0 | 78.81 |
| Gross Earnings | | | | 195.94 | | 5,905.04 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security Tax | 12.15 | 366.11 |
| Medicare | 2.84 | 85.62 |
| Federal Withholding | 19.28 | 590.51 |
| State Tax - PA | 6.02 | 181.28 |
| SUI-Employee Paid - PA | 0.13 | 4.13 |
| Local EIT Tax | 7.35 | 221.43 |
| Employee Taxes | 47.77 | 1,449.08 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 8.91 | 290.42 |
| Wawa AIN | 0.50 | 10.50 |
| Deductions | 9.41 | 300.92 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 7.13 | 232.33 |
| Employer Paid Benefits | 7.13 | 232.33 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 195.94 | 5,905.04 |
| Medicare - Taxable Wages | 195.94 | 5,905.04 |
| Federal Withholding - Taxable Wages | 187.03 | 5,614.62 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 15 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 0.58 | 0 | 8.11 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******4311 | ******4311 | | 138.76 | USD |